## Lindsey *v.* Clement Atkinson Memorial Hospital, Appellant.

Before PITT, JR., J.

Argued September 8, 1975. *Nolan N. Atkinson, Jr.,* with him *Zack, Myers & Atkinson,* for appellant; *G. Moskovitz,* with him *William R. Keen, Jr.,* for appellee.

Order affirmed.

## Loomis *v.* Steigerwald, Appellant.

Argued September 11, 1975. *Albert P. Massey, Jr.,* with him *Lentz, Riley, Cantor, Kilgore & Massey,* for appellant; *E. Gerald Donnelly, Jr.,* with him *Nathan L. Posner,* and *Fox, Rothschild, O'Brien & Frankel,* for appellee.

Judgment affirmed.

## Napoleon, Appellant, *v.* Reiman.

Argued September 9, 1975. *David Kanner,* for appellant; *Charles W. Craven,* with him *John P. Penders,* and *Marshall, Dennehey and Warner,* for appellee.

Order affirmed.